**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

LINDAN KAYLOR                                                                                    PLAINTIFF
ADC #168239

v.                                          No: 5:19CV00249-JM

TONI SHOCKEY, Chaplain; and
LINDA DYKES, Warden,
ADC Delta Regional Unit                                                                     DEFENDANTS

## ORDER

Plaintiff Lindan Kaylor has not complied with the April 17, 2020 Order directing him to file a notice of current mailing address. *Doc. 20*. The time to do so has expired. Mail sent to Kaylor at his address of record, the Arkansas Division of Correction's Delta Regional Unit, has been returned as undeliverable, with no forwarding address. *Docs. 18, 19 & 21*.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 4th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE