## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LINDAN KAYLOR                                                                    PLAINTIFF
ADC #168239

v.                                           No: 5:19CV00249-JM

TONI SHOCKEY, Chaplain; and
LINDA DYKES, Warden,
ADC Delta Regional Unit                                         DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 4th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE